UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP L. OLEJARCZYK,

    Plaintiff,

v

UNKNOWN PARTIES *et al.*,

    Defendants.
_____/

Case No. 1:15-cv-81

HON. JANET T. NEFF

**OPINION AND ORDER**

Plaintiff, proceeding pro se, filed this lawsuit in January 2015. The case was referred to the Magistrate Judge (Dkt 5), who conducted an initial review of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. The Magistrate Judge issued a Report and Recommendation (R&R, Dkt 7), recommending that this Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted. The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation (Dkt 8).

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made. The Court determines that the Magistrate Judge carefully and thoroughly considered Plaintiff's Complaint in light of the law governing his claims. The assertions in Plaintiff's objections include no argument that would warrant rejecting the Magistrate Judge's determination that the complaint is properly dismissed for failure to state a claim. Accordingly, the

Court will adopt the Magistrate Judge's Report and Recommendation as the Opinion of this Court and enter a Judgment consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Objections (Dkt 8) are DENIED, and the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Dkt 1) is DISMISSED.


Dated: July 20, 2015          /s/ Janet T. Neff
                              JANET T. NEFF
                              United States District Judge